**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7706**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CLEVELAND KILGORE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Richard D. Bennett, District Judge. (8:06-cr-00115-RDB)

———————

Submitted:  May 22, 2008                    Decided:  May 27, 2008

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Cleveland Kilgore, Appellant Pro Se.   Barbara Suzanne Skalla, Assistant United States Attorney, Michele Walls Sartori, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland Kilgore appeals the district court's order denying his "Motion for Relief Writ of Error Coram Nobis 60(b)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Kilgore</u>, No. 8:06-cr-00115-RDB (D. Md. Oct. 17, 2007). We deny Kilgore's motion for release pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>